UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

THE UNITED STATES OF AMERICA,

        - vs -                              **NOTICE OF MOTION**
                                              20-CR-6034 (CJS)(MWP)

QUONDALL DAVIS,

        Defendant.
_____

        PLEASE TAKE NOTICE, that upon the annexed Declaration of JEFFREY WICKS, attorney for the above-named defendant, and upon all prior papers and proceedings herein, the undersigned will move this Court, at a criminal term thereof, before the Hon. Marion W. Payson, United States Magistrate Judge, located at the United States Courthouse of the Western District of New York, 100 State Street, City of Rochester, State of New York, 14614, on July 14, 2020, at 11:00 a.m., for relief pursuant to the following motions:

    I.      An Order for suppression of statements;

    II.     An Order for suppression of tangible evidence;

    III.    An Order requiring the disclosure of witness statements pursuant to 18 USC section 3500;

    IV.    An Order granting the defendant discovery and inspection pursuant to Federal Rule of Criminal Procedure 16;

    V.     An Order granting the defendant inspection of the Grand Jury lists;

    VI.    An Order granting the defendant all *Brady*, *Agurs* and *Giglio* material;

VII. An Order granting defendant notice under Federal Rule of Criminal Procedure 12 (d);

VIII. An Order granting defendant's Motion in Limine pursuant to Federal Rules of Evidence 403, 404, 607, 608 and 609;

IX. An Order requiring the retention of all rough notes;

X. An Order granting an Audibility Hearing;

XI. An Order Reservation of Right for Future Applications.

Dated: June 26, 2020

      _s/ Jeffrey Wicks_
JEFFREY WICKS, ESQ.
Attorney for QUONDALL DAVIS
36 West Main Street, Suite 101
Rochester, New York 14614
Telephone: 585.325.6070
Fax: 585.325.6082
E-Mail: jwicks@wickslaw.net

To: Clerk, United States District Court
Western District of New York
282 Federal Building
100 State Street
Rochester, New York 14614

Melissa M. Marangola
Assistant United States Attorney
5th Floor, Federal Building
100 State Street
Rochester, New York 14614
Email: melissa.marangola@usdoj.gov