UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

- vs -

**CERTIFICATE OF SERVICE**
20-CR-6034 (CJS)(MWP)

QUONDELL DAVIS,

    Defendant.
_____

# Certificate of Service

I hereby certify that on June 26, 2020, I electronically filed the foregoing Notice of Motion, Declaration and accompanying papers with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

AUSA Melissa M. Marangola, melissa.marangola@usdoj.gov

And, I hereby certify that I have served the foregoing, by other means, to the following non-CM/ECF participants:

_____*Jeffrey Wicks*_____
Jeffrey Wicks